459

**No. 58007.**—Manhattan Novelty Corp. and Selsi Company, Inc. *v.* United States, protests 219904–K and 219910–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519).   In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisment for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, APRIL 14, 1954

**No. 58008.**—Gimbel Bros., Inc., and Lord & Taylor *v.* United States, protests 213334–K and 212068–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the subject of Abstract 56124, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 14, 1954

**No. 58009.**—Gerhard & Hey Co., Inc. *v.* United States, protest 187410–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.